JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DARNELL TAYLOR,<br><br>Petitioner,<br><br>v.<br><br>TIM BUSBY, Warden,<br><br>Respondent. | Case No. CV 11-8253-OP<br><br>J U D G M E N T |

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 18, 2012

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge